# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00677-NJK |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** [Proposed] |
| v. | |
| ALONSO FRIAS-SOTO,<br>    aka "Alonso Frias Soto,"<br>    aka "Jorge Govani,"<br>    aka "Jorge Geovani Guardadofrias," | [Docket No. 13] |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this  6th  day of September, 2022.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE