JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
edward.g.veronda@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00203-CDA-DJA |
| Plaintiff, | *SEALED* |
| v. | **Motion to Unseal Case** |
| ALONSO FRIAS-SOTO,  aka "Alonso Frias Soto," aka "Jorge Govani," aka "Jorge Geovani Guardadofrias," | |
| Defendant. | |

The United States of America, by and through its attorneys, Jason Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about August 26, 2022, a Complaint was filed with the Court, charging Mr. Frias-Soto with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found Unlawfully in the United States. *See* ECF No. 1, 2:22-mj-00677-NJK.

2. Mr. Frias-Soto made an initial appearance before the Court on or about August 30, 2022, and was ordered detained pending trial. *Id.* at ECF Nos. 5, 16. Mr. Frias-Soto remains detained by the U.S. Marshals Service.

3. Mr. Frias-Soto has signed a plea agreement with the United States, and this Court has set a change of plea hearing for November 17, 2022. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 15th day of November, 2022.

JASON M. FRIERSON
United States Attorney

*/s/ Edward G. Veronda*
EDWARD G. VERONDA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALONSO FRIAS-SOTO,<br>    aka "Alonso Frias Soto,"<br>    aka "Jorge Govani,"<br>    aka "Jorge Geovani Guardadofrias,"<br><br>Defendant. | Case No. 2:22-cr-00203-CDA-DJA<br>*SEALED*<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Alonso Frias-Soto,* is unsealed.

**DATED** this __16th__ day of _____November_____, 2022.

By the Court:

_____
Honorable Cristina D. Silva
United States District Judge

3